James F. Bishop, Administrator, Appellee, v. International Harvester Company of New Jersey, Appellant.

## Gen. No. 23,489.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding.   Heard in the Branch Appellate Court at the October term, 1917.   Reversed and remanded.   Opinion filed May 14, 1918.

## Statement of the Case.

Action by James F. Bishop, administrator of the estate of John Karas, deceased, plaintiff, against International Harvester Company of New Jersey, a corporation, defendant, to recover upon a death benefit certificate issued by defendant's Employes' Benefit Association.   From a judgment in favor of plaintiff, defendant appeals.

David A. Orebaugh, for appellant.

John J. Sonsteby, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

INSURANCE, § 860*—*who has right of action on death benefit certificate.* Under a certificate in a benefit association providing that benefits should be payable to "my father and mother jointly, or the survivor; or, if neither be living, then to my next of kin, payment in behalf of such next of kin to be made to my legal representative," in the absence of proof that the father and mother are dead the right of action lies in them, or in the survivor of them, and not in the administrator of the insured.